✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/   Gregory T. Murphy |
| Date | Signature |
|  | Print Name                                    Bar Number |
|  | Address |
|  | City                    State                    Zip Code |
|  | Phone Number                            Fax Number |

1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: gregory_murphy@fd.org

5 | Attorneys for Antonio Medina

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,       )   Case No. 08MJ1930
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              )   **CERTIFICATE OF SERVICE**
                                    )
14 | ANTONIO MEDINA,                 )
                                    )
15 |         Defendant.              )
     _____ )

17 | Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 | U.S. Attorney CR
     Efile.dkt.gc2@usdoj.gov

21 | Respectfully submitted,

23 | DATED:    June 26, 2008           /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
24 |                                   Federal Defenders of San Diego, Inc.
                                       Attorneys for Antonio Medina